1050

[No. 5206-1.   Division One.   May 1, 1978.]

BALLARD BANK OF WASHINGTON, *Respondent*, v. CREATIVE CONCEPTS, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 790437, Horton Smith, J., entered October 26, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5341-1.   Division One.   May 1, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JAMES EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 76609, William C. Goodloe, J., entered January 21, 1977. *Reversed* by unpublished per curiam opinion.

[No. 5490-1.   Division One.   May 1, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 79590, H. Joseph Coleman, J., entered February 28, 1977. *Dismissed* by unpublished per curiam opinion.

[No. 5527-1.   Division One.   May 1, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES K. RICHMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78246, James A. Noe, J., entered March 18, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Williams, J.